UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
AMANDO PEREZ-AVALOS,
                              Plaintiff,

      v.                                                    09-CV-0211

DEBORAH G. SCHULT, Warden FCI Ray Brook,
D. MARIRNI, M.D., clinical director,

                              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS J. McAVOY
United States District Judge

## DECISION and ORDER

      This matter brought pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C.A. §§ 1346(b), 2671 et seq. and <u>Bivens v. Six Unknown Named Agent of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971), was referred to the Hon. Randolph F. Treece, United States Magistrate Judge, for a Report-Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c).

      No objections to the October 14, 2010 Report-Recommendation have been raised. After examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice. Accordingly, this Court adopts the Report-Recommendation for the reasons stated therein and grants Defendants' motion to dismiss DISMISSES the Complaint in its entirety.

IT IS SO ORDERED.

Dated: November 18, 2010

/s/ Thomas J. McAvoy
Thomas J. McAvoy
Senior, U.S. District Judge